BENNETT, APPELLEE, *v.* HUBER INVESTMENT CORPORATION, APPELLANT.

[Cite as Bennett *v.* Huber Investment Corp. (1985), 17 Ohio St. 3d 33.]

(No. 85-80—Decided April 24, 1985.)

*Mirras & Schneider Co., L.P.A.,* and *Charles A. Schneider,* for appellee.

*Metz, Bailey & Spicer* and *H. Glen Flagler,* for appellant.

This cause on appeal from the court of appeals (case No. 84AP-268) is reversed on authority of *Vardeman* v. *Llewellyn* (1985), 17 Ohio St. 3d 24, decided this day.

CELEBREZZE, C.J., SWEENEY, HOLMES, C. BROWN and WRIGHT, JJ., concur.

LOCHER and DOUGLAS, JJ., dissent.